# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| | |
|---|---|
| United States of America<br>*Plaintiff*<br>v.<br>Richard Denny Nofsinger, Jr.<br>*Defendant* | )<br>)<br>) Case No. 1:16cr00032<br>)<br>) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the United States of America

Date: 08/12/2016

/s/ John P. Fishwick, Jr., United States Attorney
*Attorney's signature*

John P. Fishwick, Jr., Bar No. 23285
*Printed name and bar number*

United States Attorney's Office
Western District of Virginia
310 First Street, SW, 9th Floor
Roanoke, VA 24011
*Address*

John.Fishwick@usdoj.gov
*E-mail address*

(540) 857-2250
*Telephone number*

(540) 857-2614
*FAX number*